**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DANIEL NATHAN WOOD**                                                **PETITIONER**

**v.**                                                                     **No. 3:16CV49-MPM-DAS**

**STATE OF MISSISSIPPI, ET AL.**                                       **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On May 2, 2016, the court received mail sent to the address provided by the petitioner that was returned by the United States Postal Service and marked "No Longer Here." As the case may not proceed with the petitioner's whereabouts unknown, this case is **DISMISSED** without prejudice for failure to prosecute under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 12th day of May, 2016.

                                                              **/s/ MICHAEL P. MILLS**
                                                              **UNITED STATES DISTRICT JUDGE**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**